UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARA OTRUSINA,

        Plaintiff,

v.

CHRIS CHRYSLER, E. CHAPMAN,
MCDANIEL AND VALLIE,

        Defendants.
                                 /

Case No. 09-12828

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in the Memorandum and Order entered and filed on this date, judgment is entered in favor of defendants and against plaintiff.

DAVID WEAVER

Dated: September 8, 2011

By: s/Julie Owens
Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to Sara Otrusina, 218362, Huron Valley Complex - Women's, 3201 Bemis Road, Ypsilanti, MI 48197 and the attorneys of record on this date, September 8, 2011, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160